630

413 A.2d 1137

Commonwealth v. Karamarkovich, Jr., Appellant.

Argued April 11, 1978. Rex Downie, Jr., for appellant; Robert A. Banks and James B. Ceris, submitted a brief on behalf of appellee.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

Order affirmed.

413 A.2d 1137

Commonwealth v. Suttinger, Appellant.

Argued April 12, 1979. Michael C. Gruitza, for appellant; David B. Douds, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed on the opinion of the court below.